UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No.: 2:19-cv-00170-JLB-NPM

DENNIS J. OURY and SUSAN E. OURY,

    Defendants.
_____/

# FINAL JUDGMENT

After previously granting the United States' Renewed Motion for Summary Judgment, (Doc. 89.), and carefully considering the United States' Memorandum on the Amount of Judgment, (Doc. 90.), together with all the facts and circumstances of this case, the Court enters judgment in favor of the United States against Defendants Dennis J. Oury and Susan E. Oury pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is now **ORDERED**:

1. Defendant Dennis J. Oury is indebted to the United States for his assessed but unpaid federal income tax liabilities for 2005 and 2006 in the amount of **$855,600.33** as of August 31, 2020, plus statutory additions (including interest) from that date, as permitted by 26 U.S.C. §§ 6621–22 and 28 U.S.C. § 1961(c);

2. Defendants Dennis J. Oury and Susan E. Oury are jointly and severally indebted to the United States for their assessed but unpaid federal income tax liabilities for 2004, 2007 through 2014, and 2016 in the amount of **$860,516.65** as of

August 31, 2020, plus statutory additions, including interest, from that date, as allowed by 26 U.S.C. §§ 6621–22 and 28 U.S.C. § 1961(c).

    3.    The Clerk is **DIRECTED** to award judgment for the United States and against both Dennis J. Oury (a total of **$1,716,116.98**) and Susan E. Oury (**$860,516.65**), and to close the case.

**ORDERED** in Fort Myers, Florida, on September 24, 2020.

*[signature]*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**